UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NADA SAAB,

    Plaintiff,

v.

REV. JIMMIE WOMACK, MD,

    Defendants.
_____/

CIVIL ACTION NO. 07-10845

DISTRICT JUDGE SEAN F. COX

MAGISTRATE JUDGE DONALD A. SCHEER

### ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO AMEND RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION

Plaintiff's Motion to Compel Defendants to Amend Defendants' Responses Dated September 4, 2007 to Plaintiff's Requests for Admission was referred to the undersigned magistrate judge for hearing and determination. The parties appeared for hearing on November 20, 2007. Having reviewed Plaintiff's Motion, together with Defendants' Response, and having had the benefit of oral argument, I find that the Motion should be denied.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Compel Defendants to Amend Defendants' Responses Dated September 4, 2007 to Plaintiff's Requests for Admission is denied. Provided, however, that Defendants will voluntarily change their response to Request for Admission No. 19 from a denial to an admission. Defendants shall serve their amended response to Plaintiff on or before December 7, 2007.

All of which is Ordered this 21st day of November, 2007.

                              s/Donald A. Scheer
                              DONALD A. SCHEER
                              UNITED STATES MAGISTRATE JUDGE

_____

## CERTIFICATE OF SERVICE

      I hereby certify on November 21, 2007 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on November 21, 2007. **Nada Saab.**

                                          s/Michael E. Lang
                                          Deputy Clerk to
                                          Magistrate Judge Donald A. Scheer
                                          (313) 234-5217