UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NADA SAAB,

        Plaintiff,

v.

REV. JIMMIE WOMACK, MD,

        Defendants.
_____/

CIVIL ACTION NO. 07-10845

DISTRICT JUDGE SEAN F. COX

MAGISTRATE JUDGE DONALD A. SCHEER

## ORDER GRANTING IN PART PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO AMEND RESPONSES DATED SEPTEMBER 10, 2007 TO PLAINTIFF'S INTERROGATORIES

Plaintiff's Motion to Compel Defendants to Amend Responses Dated September 10, 2007 to Plaintiff's Interrogatories was referred to the undersigned magistrate judge for hearing and determination. The parties appeared for hearing on November 20, 2007. Having reviewed Plaintiff's Motion, together with Defendants' Response, and having had the benefit of oral argument, I find that the Motion should be granted, in part, as follows:

Defendants are directed to file supplemental responses to Plaintiff's Interrogatories Numbered 1, 3, 5, 6, 8, 9 and 10 in accordance with the court's instructions as stated in the hearing. Defendants shall serve Plaintiff with supplemental responses in writing on or before December 7, 2007.

In all other respects, Plaintiff's Motion to Compel Defendants to Amend Responses Dated September 10, 2007 to Plaintiff's Interrogatories is denied.

                              s/Donald A. Scheer
                              DONALD A. SCHEER
                              UNITED STATES MAGISTRATE JUDGE

DATED: November 21, 2007

_____

## CERTIFICATE OF SERVICE

     I hereby certify on November 21, 2007 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on November 21, 2007. **Nada Saab.**

                                            s/Michael E. Lang
                                            Deputy Clerk to
                                            Magistrate Judge Donald A. Scheer
                                            (313) 234-5217